UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER G. COHENOUR,<br><br>                    Plaintiff,<br><br>       vs.<br><br>JO ANNE B. BARNHART, Commissioner<br> of the Social Security Administration,<br><br>                    Defendant. | )<br>)<br>)<br>)       1:05-cv-352-SEB-VSS<br>)<br>)<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Jennifer Cohenour is not entitled to Disability Insurance Benefits based on her application filed on July 12, 2002, is **AFFIRMED.**

Date:  03/17/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov